

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00070-CV

**IN THE MATTER OF THE MARRIAGE OF** Dustin **BEALL** and Camron Beall

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 21-0230-CV-A
Honorable Jessica Crawford, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is VACATED, and the case is REMANDED to the trial court.

Costs are taxed against appellee, Dustin Beall.

SIGNED May 17, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice